## Commonwealth *v.* Evans, Appellant.

Before SALUS, JR., J., without a jury.

Submitted March 28, 1974. *James J. Phelan, Jr.*, for appellant; *David Richman, Mark Sendrow*, and *Steven H. Goldblatt*, Assist-

ant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.